# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2015

149320-1

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re DON H. BARDEN TRUST

_____

HELEN ROBINSON and DOUG BARDEN on
behalf of the DON H. BARDEN TRUST,
          Petitioners-Appellants,
and

CARL V. BARDEN, VERNA J. McDANIEL,
YVONNE B. MURRAY PENN, LESLIE M.
FAVOR, LOIS HAMBY, JOHN R. BARDEN,
and PEARL BARDEN,
          Petitioners,
and

DON BARDEN, JR.,
          Petitioner-Appellee,

v

SHIRLEY A. KAIGLER, Personal Representative
for the Estate of BELLA MARSHALL,
          Respondent-Appellee,
and

ALANA MARSHALL BARDEN and
JACQUELINE BARDEN,
          Respondents,
and

JOHN CHASE, JR., Trustee, and MICHELLE
SHERMAN, Trustee,
          Appellees.

SC: 149320
COA: 312027
Wayne Probate: 11-768249-TV

_____/

In re DON H. BARDEN TRUST

_____

HELEN ROBINSON and DOUG BARDEN on
behalf of the DON H. BARDEN TRUST,
        Petitioners-Appellants,

and

STEVEN G. COHEN,
        Appellant,

and

CARL V. BARDEN, YVONNE B. MURRAY
PENN, LESLIE M. FAVOR, LOIS HAMBY,
JOHN R. BARDEN, PEARL BARDEN, FRED
BARDEN, and VERNA J. McDANIEL,
        Petitioners,

and

DON BARDEN, JR.,
        Petitioner-Appellee,

v

SHIRLEY A. KAIGLER, Personal Representative
for the Estate of BELLA MARSHALL,
        Respondent-Appellee,

and

ALANA MARSHALL BARDEN and
JACQUELINE BARDEN,
        Respondents,

and

JOHN R. CHASE, JR., Trustee, LIPSON,
NEILSON, COLE, SELTZER & GARIN, P.C.,
and MICHELLE SHERMAN, Trustee,
        Appellees.

SC: 149321
COA: 314391
Wayne Probate: 11-768249-TV

_____/

On order of the Court, the application for leave to appeal the April 8, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2015



Clerk

t0126